*JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON JENKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AIRGAS SPECIALTY PRODUCTS INC., et al,<br><br>　　　　　Defendants. | Case No. EDCV 12-1437-GW(OPx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: March 29, 2013　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT